UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN LEROY SPENCER,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY VIRGA, et al.,<br><br>Defendants. | No. 2:13-cv-01626 AC P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  By order of June 27, 2014 plaintiff's first amended complaint was dismissed with leave to file a second amended complaint within thirty days.  ECF No. 19.  Petitioner has not filed an amended complaint, but he has submitted a letter indicating that he no longer has access to his 10 boxes of legal property and books.  ECF No. 22.  The court will construe the letter as a request for an extension of time to file his amended complaint.  So construed, the request will be granted.

Accordingly, IT IS HEREBY ORDERED that petitioner's second amended complaint is now due on or before September 12, 2014.

DATED: August 13, 2014

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1