UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN LEROY SPENCER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY VIRGA, et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-01626 AC P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  By order of June 27, 2014 plaintiff's first amended complaint was dismissed with leave to file a second amended complaint within thirty days.  ECF No. 19.  Petitioner has not filed an amended complaint, but he has submitted a request for the docket sheet.  ECF No. 24.  The court will construe the request as a motion for a second extension of time to file his amended complaint.  So construed, the motion will be granted.  However, no further extensions of time will be granted in this case absent extraordinary circumstances.

　　　Accordingly, IT IS HEREBY ORDERED that petitioner's second amended complaint is now due on or before October 11, 2014.

DATED: September 22, 2014

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_
　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE