UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN LEROY SPENCER, | No. 2:13-cv-01626 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| TIMOTHY VIRGA, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 25, 2014, plaintiff served a document entitled "Motion Plaintiff Denied Property for Court" in which he stated that he no longer had his ten boxes of legal property and needed them in order to answer orders from the court. ECF No. 16 at 1-2. The court will construe the motion as a request for an extension of time.

    At the time the motion was filed, there were no issues pending before the court that required a response from plaintiff, and when plaintiff subsequently filed a letter that was nearly identical to his motion in terms of substance (ECF No. 22), the court construed the letter as a motion to extend his time to file an amended complaint and granted the request (ECF No. 23). Plaintiff's motion (ECF No. 16) will therefore be denied as moot.

    Plaintiff's motion also requested "direct access to [the] law library," but made no claim that he had requested and been denied such access. ECF No. 16. Therefore this portion of the

1

motion will also be denied.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for extension of time (ECF No. 16) is denied as moot.

DATED: February 24, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE