UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THURMAN LERON SPENCER,

Plaintiff,

v.

TIMOTHY VIRGA, et al.,

Defendants.

No.  2:13-cv-01626 WBS AC P

ORDER

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action seeking relief under 42 U.S.C. § 1983.  Plaintiff has filed a letter advising that he did not receive the court's February 24, 2015 order granting his motion to extend his time to file objections (ECF No. 30) until March 10, 2015.  ECF No. 32.  As a result, he states that he is calculating his deadline to file objections to the January 26, 2015 findings and recommendations (ECF No. 27) as April 10, 2015, thirty days from the date he received the order.  Id.

The court extended plaintiff's deadline to file objections to thirty days from the date of the order, not thirty days from the date plaintiff received the order.  ECF No. 30.  However, plaintiff's letter will be construed as a motion for extension, which the court will grant.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to extend his time to file objections (ECF No. 32) is granted, and he shall have until April 10, 2015, to file objections to

////

1

1   the January 26, 2015 findings and recommendations.  Defendants' reply, if any, shall be filed

2   within seven days thereafter.

3   DATED: April 2, 2015

4   _____
    ALLISON CLAIRE
5   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28